J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

closed

Attorneys for Plaintiff Nike, Inc.

Karim Shareef Toney a/k/a Karim Toney
d/b/a www.freshtodeaf.com,
www.freshtodeaf.net and FreshToDeaf
*ktoney1@hotmail.com*
460 Canyon Oaks Drive, #F
Oakland, California 94605
Telephone: (510) 648-5543

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nike, Inc., ) | Case No. CV11-1605 JFW (CWx) |
| ) | |
| Plaintiff, ) | CONSENT DECREE |
| v. ) | |
| ) | |
| Karim Shareef Toney a/k/a Karim Toney, ) an individual and d/b/a ) www.freshtodeaf.com, ) www.freshtodeaf.net and FreshToDeaf ) and Does 1 – 10, inclusive, ) | |
| ) | |
| Defendants. ) | |

The Court, having read and considered the Joint Stipulation re Entry of Proposed Consent Decree that has been executed by Plaintiff Nike, Inc. ("Nike" or "Plaintiff") and Defendant Karim Shareef Toney a/k/a Karim Toney, an individual and doing business as www.freshtodeaf.com, www.freshtodeaf.net and FreshToDeaf ("Defendant") in this action:

GOOD CAUSE APPEARING THEREFORE, THE COURT ORDERS that the

- 1 -

Permanent Injunction and findings made by the Court previously in the Judgment Pursuant to Entry of Default, Docket No. 17, shall remain in effect, and further ORDERS as follows:

1)  The monetary portion only, of the Judgment Pursuant to Entry of Default, Docket No. 17, is vacated.

2)  This Consent Decree shall be deemed to have been served upon Defendant at the time of its execution by the Court.

3)  The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Decree.

4)  The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Joint Stipulation Re Entry Of [Proposed] Judgment, Proposed Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

5)  This Court shall retain jurisdiction over the Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof, and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:  November 21, 2012

_____
Hon. John F. Walter
United States District Judge